**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RUMORED INC.,

    Plaintiff,                                       Case No.: 1:26-cv-02119

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Tinpia |
| 2 | LMOOPLOCO |
| 3 | Qichunxianyuzeyefuzhuangdiangerenduzi |
| 4 | Getitbetter |
| 5 | Sunloudy |
| 6 | Vill Fashion |
| 7 | Meihuida-Direct |
| 8 | Mieeyali |
| 9 | Heartell |
| 10 | XHWJRZD |
| 11 | Ace Fashion Direct 7-15 Days Arrives |
| 12 | Height selection |
| 13 | Sawden Online Store |
| 14 | jiajiaxin |
| 15 | HaiChiKang |
| 16 | suowers |
| 17 | LILTWIST Clothing Store |
| 18 | Motababy Online |
| 19 | Mizmrsmais |
| 20 | Bozanly |
| 21 | KIONTOY |
| 22 | Oloho |
| 23 | Engofs Store |

| 24 | hzyuyuan |
|---|---|
| 25 | Nituyy |
| 26 | JeuaPho |
| 27 | NVRENJIA Online Store |
| 28 | MultiTrust |
| 29 | fenhose |
| 30 | Feng Yang Company |
| 31 | CHARTOU |
| 32 | Yiiciovy-Fashion |
| 33 | shaopan66 |
| 34 | DIKGROP |
| 35 | Pangyu |
| 36 | 西安仵德峰商贸有限公司 |
| 37 | CibelTin |
| 38 | XINXIAO |
| 39 | ZHENCHENGMAOZHI |
| 40 | arvincshop- |
| 41 | Chloefairy |
| 42 | Alyweatry Official |
| 43 | BOqidianzi |
| 44 | Foidiccx 7-14 Days Arrival |
| 45 | KUGUYIBO |
| 46 | Laochibx |
| 47 | spring2020 |
| 48 | CHANGBAOKUI |
| 49 | HoGadget |
| 50 | Mansy-US |
| 51 | Shidifensen |
| 52 | ODOKA |
| 53 | Gloomia |
| 54 | SARUWSZD |
| 55 | HALFSANT |
| 56 | Fuyatong-US |
| 57 | blssm |
| 58 | jinboy |
| 59 | Yuemengxuan Store |
| 60 | US-ExFM(7-11Days Delivery) |

| 61 | KOSUSANILL Fashion Store |
|---|---|
| 62 | Diyimean |
| 63 | Suagox |
| 64 | STARQUN |
| 65 | shanghaitengxiandianzishangwuyouxiangongsi |
| 66 | Wernliang |
| 67 | Qinodel |
| 68 | BINGZHEN |
| 69 | Mioliknya-Direct |
| 70 | Karwuiio |
| 71 | Toyscity |
| 72 | huayusi |
| 73 | Jastie |
| 74 | Newbgclo-Direct |
| 75 | WENYANDIAN |
| 76 | zhixingkeji7 |
| 77 | lotstock |
| 78 | KMBANGI Collection Store |
| 79 | LXLDDWF |
| 80 | dannilongmaoyiyouxiangongsi |
| 81 | UEHCNFU |
| 82 | SHENHE ONLINE STORE |
| 83 | Fencanqin |
| 84 | guchengxianrongliangshangmaoshanghang |
| 85 | Beautiyou |
| 86 | sanyuanli |
| 87 | guoyoucanyin |
| 88 | SXYPAYXS FASHION |
| 89 | APEXFWDT |
| 90 | Kid Clothing Store |
| 91 | Moucles |
| 92 | FortuneLane |
| 93 | jingdezhenhuanshiman |
| 94 | wangchuanyunzhi |
| 95 | Cddccy |
| 96 | YEDENG Clothing |
| 97 | JGEZHJ |
| 98 | BFGHLKO |

| 99 | Negootn |
|---|---|
| 100 | DOCSOFA |
| 101 | Folblhu |
| 102 | Jingsw |
| 103 | Fuzhan |
| 104 | Dszcgvl |
| 105 | SHANG KE MAO SHAN |
| 106 | Guilty |
| 107 | YUANMANLE |
| 108 | LUCKYGIRLSHOP |
| 109 | PurpleRose |
| 110 | Fan Flower |
| 111 | NNYC |
| 112 | thewildflowershop |
| 113 | bellachix |
| 114 | emmiol |
| 115 | gagichic |
| 116 | princessace |
| 117 | pbong |
| 118 | lunivop |
| 119 | yesstyle |
| 120 | dear-fashion |
| 121 | migunica |
| 122 | ootdress |
| 123 | ohanaparts |